UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

In re:                                                                                      Chapter 13

STEVEN WAYNE MOORE
BRANDY ALLEENE MOORE
         Debtor(s)                                                               Case No. 13-14122 NWW

## MOTION TO DISMISS AND NOTICE OF HEARING

**Notice is hereby given that:** A hearing will be held on this Motion on December 7, 2017, at 8:30 A.M.. in Courtroom A, Historic U.S. Courthouse, 31 East 11th Street, Chattanooga, TN 37402. **If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the above matter and may enter an order granting that relief.**

Comes Kara L. West, Trustee, pursuant to U.S.C. § 1307 and moves that this case be dismissed. The Trustee would respectfully show unto the Court that the Debtor(s) are in material default with respect to the terms of the confirmed plan because plan payments to the Trustee have not been made as proposed. The Trustee's records indicate that:

X        As of November 7, 2017, the Debtor(s) plan payments from 8/4/17 to 11/10/17 are in arrears $4219.53.

N/A      As of November 7, 2017, the Debtor(s) has/have failed to make payments under the terms of the confirmed plan.

                                                                By: \s\    Kara L. West
                                                                Kara L. West (TN No. 25744)
                                                                Chapter 13 Standing Trustee
                                                                P.O. Box 511
                                                                Chattanooga, TN 37401

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice and Motion to Dismiss has been served upon the following by United States First Class Mail with sufficient postage affixed, and/or by ECF through the Bankruptcy Court.

Debtor(s):                                                      Debtor's Attorney Served via ECF:
STEVEN WAYNE MOORE                                              CAROL WALKER CARTER , ATTY
BRANDY ALLEENE MOORE
1318 COUNTY ROAD 131
BRYANT AL 35958                                                 By: \s\ G. FOWLER___
                                                                     Chapter 13 Office Clerk
                                                                     Dated: November 7, 2017